## The People of the State of Illinois, Defendant in Error, v. Mike Bosickavich, Plaintiff in Error.

### Gen. No. 20,011. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DAVID SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed July 14, 1914.

### Statement of the Case.

Only one point is raised in this record, which is the same as that raised in *People v. Bosickavich*, p. 462, *ante*. The information in each case was for the same offense and the form of verdict alike in each, and the decision in the *Bosickavich* case *held* controlling.

Louis KAHN, for plaintiff in error.

MACLAY HOYNE and FRANCIS E. HINCKLEY, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.